**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MARCUS RUBEN ELLINGTON,                    No. C-13-0863 EMC (pr)

8              Petitioner,

9         v.                                    **ORDER OF TRANSFER**

10   CALIFORNIA DEPARTMENT OF
     CORRECTIONS & REHABILIATION,
11
               Respondent.
12   _____/

13

14        Petitioner, an inmate at the California State Prison in Lancaster, has filed a petition for writ

15   of habeas corpus to challenge the execution of his sentence, *i.e.*, a prison administrative decision.

16   Although the disciplinary decision occurred while he was housed at Kern Valley State Prison, he has

17   since been transferred to a new prison.  The prison at which Petitioner is now incarcerated is in Los

18   Angeles County, within the venue of the Central District of California.  Venue is proper in a habeas

19   action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d);

20   however, the district of confinement is the preferable forum to review the execution of a sentence.

21   *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because

22   Petitioner is confined in the Central District of California and challenging the execution of his

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Central District of California.  The Clerk shall transfer this matter forthwith.

      IT IS SO ORDERED.

Dated:  March 28, 2013

EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California